# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEELLIS EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-23-716-F |
| OKLAHOMA STATE REFORMATORY, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (doc. no. 9) on October 3, 2023, recommending this case be dismissed without prejudice for failure of plaintiff Leellis Edwards to follow the court's order (doc. no. 8) to pay an initial partial filing fee. Magistrate Judge Mitchell advised plaintiff of his right to file an objection to the Report and Recommendation on or before October 24, 2023, and specifically advised that failure to make a timely objection waives the right to appellate review of both factual and legal questions contained in the Report and Recommendation.

To date, plaintiff has neither filed an objection nor moved for an extension of time to file an objection. With no objection being filed within the time prescribed by Magistrate Judge Mitchell, the court accepts, adopts, and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P.,

for failure of plaintiff Leellis Edwards to follow the court's order to pay an initial partial filing fee.

DATED this 8th day of November, 2023.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0716p001.docx